Attachment A

1-10-2023

Complaint - A

JAN 18 2023

Pg 1 of 2     On September 4, 2022 approximately 12:30am - 4

8:23 cv 132 TPB-TGW

At approximately 12:30 am on September 4th, James pulled in to the Marathon gas station located on US Hwy 301 and Gould Rd with passenger Mary Bazemore, for drinks and snacks. As James pulled in and parked by the gas pumps, Mary indicated they were not getting gas and to back the vehicle up by the vacume and air pump. James stayed in the vehicle located on the South side of the Marathon. James gave Mary some cash for snacks and drink, and remembered seeing Mary enter the store before he dozed off. The next moment James recalls is crawling and collapsing trying to find help while covered in blood. James crawled to a local sheriff's house due to no help from Marathon employees and other bystanders who witnessed events but did not call 911 or assist knowing that James was saverely injured. The residents at the officers residence over the electronic door bell instructed James to get off of his porch. At this time, James gathered the strength to look into the camera and advised the resident "I am dying". Residents came out and called 911 to get James an abulance. James in the process of being strapped to a gurny recognized someone as they were approaching who is JJ, James friend. James recalls minor flashes of the incident and seeing CJ. also known a John Shields A.K.A. "Rusty" to be holding a

P.2

Pg 2 of 2

bloody pipe wrench large in size and continued to Batter James. as James continued to try and cover himself. James advised his friend JJ that "Rusty" tried to kill him.

He was then bayflighted to the Bayonette Point Hospital. Officers tried to question James, knowing James to be suffering severe head trauma and sever wounds to body, limbs, and torso. Hospital showed deliberate indifference and medical malpractice along with medical neglect. Hospital after only 2 hours released James to the custody of the Sheriffs, knowing James to be suffering severe head trauma and violating H.I.P.P.A. Policy procedures to make sure there is no brain hemraging or other severe side affects showing obvious speech impediment that did not exist prior to incident. The Hospital also ignored James broken hands and feet. While at the Land O Lakes Pasco County Detention Center, Jame instruct medical personell of his injuries and the severity in which medical personel at the facility also chose to ignore showing deliberate indifference and medical neglect.

I James Gross certify that the above statement is true and correct to the best of my knowledge and understande that any false testimony is an act of purjury and a felony.

x _James Gross_   1-10-23
James Gross   date: 1-10-23