UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES CROSS,

    Plaintiff,

v.                                            Case No. 8:23-cv-132-TPB-TGW

PASCO COUNTY DETENTION CENTER,

    Defendant.
_____/

## ORDER

Cross files a paper captioned a "Complaint" but in which he advises of his intent to file a civil rights action and his need for both two civil rights complaint forms and two forms for moving for leave to proceed *in forma pauperis*.

Accordingly, Cross's paper (Doc. 1), construed as a civil rights complaint, is **DISMISSED WITHOUT PREJUDICE** to the filing of a new action in a new case. The clerk must send to Cross two copies of both a civil rights complaint form and a "Prisoner Consent and Financial Certificate" form. The clerk must **CLOSE** this case.

ORDERED in Tampa, Florida, on    1/31   , 2023.

                                                                   THOMAS P. BARBER
                                         UNITED STATES DISTRICT JUDGE